UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DONALD E. CARTER ]
    Petitioner, ]
]
v. ] No. 3:06-0222
] Judge Trauger
STATE OF TENNESSEE DEPARTMENT ]
OF CORRECTION ]
    Respondent. ]

O R D E R

The Court has before it a *pro se* prisoner petition (Docket Entry No.1) under 28 U.S.C. § 2254, for writ of habeas corpus.

In accordance with the Memorandum contemporaneously entered, the instant habeas corpus petition is hereby DISMISSED without prejudice to the petitioner's right to pursue any available state court remedies. Rule 4, Rules --- § 2254 Cases.

Should the petitioner give timely notice of an appeal from this order, such notice will be treated as an application for a certificate of appealability, Rule 22(b), Fed.R.App.P., which will not issue because the petitioner has failed to plead the exhaustion of all available state court remedies.

It is so ORDERED.

                                      _____
                                      Aleta A. Trauger
                                      United States District Judge